UNITED STATES of America,
Plaintiff–Appellee,

v.

Jonathan Harry Lee WILLIAMS,
Defendant–Appellant.

No. 15–12514
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 26, 2016.

Jason Sterling Beaton, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Randolph Patterson Murrell, Richard Michael Summa, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and ROSENBAUM, Circuit Judges.

**PER CURIAM:**

Randolph P. Murrell, appointed counsel on appeal for Jonathan Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Williams's convictions and sentences are **AFFIRMED.**